UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joshua Aldridge,

               Plaintiff(s),     Case No. 15-cv-12366
                                       Hon. Judith E. Levy
v.                                        Mag. Judge Elizabeth A. Stafford

City of Warren, Colin McCabe, and
Kimberly Teolis, in their official
and individual capacities,

               Defendant(s).

_____/

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT [22]**

For the reasons stated on the record on January 12, 2016, defendants' motion for summary judgment is hereby GRANTED. Furthermore, and also for the reasons stated on the record, defendants may file a motion pursuant to Rule 11 by January 26, 2016.

IT IS SO ORDERED.

Dated: January 14, 2016          s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 14, 2016.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager